UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-62006-CIV-COHN/WHITE
(06-60350-CR-COHN)

GARY BAPTISTE,

       Petitioner,

vs.

UNITED STATES OF AMERICA,

       Respondent.

_____/

## ORDER DENYING APPLICATION FOR CERTIFICATE OF APPEALABILITY

**THIS CAUSE** is before the Court upon Petitioner Gary Baptiste's Notice of Appeal [DE 56]. Pursuant to Eleventh Circuit precedent, the Notice of Appeal is construed as an Application for Certificate of Appealability [DE 57]. The Court has carefully considered the matter and is otherwise advised in the premises.

Mr. Baptiste originally filed his Motion to Vacate under 28 U.S.C. § 2255 [DE 1] on December 23, 2009. Thereafter, on December 8, 2010, this Court issued an Order [DE 29] adopting Magistrate Judge White's Report and Recommendation [DE 21] and denying the Motion to Vacate. On December 29, 2010, Mr. Baptiste filed his first Notice of Appeal, which the Clerk of Court construed as an Application for Certificate of Appealability [DE 31]. The Court denied the request for a Certificate of Appealability on January 3, 2011 [DE 33], and denied Mr. Baptiste's request to reconsider the denial on February 4, 2011 [DE's 35, 42]. The Eleventh Circuit then denied Mr. Baptiste's request for a Certificate of Appealability on April 7, 2011 [DE's 46, 47].

Back in this Court, on December 12, 2011, Mr. Baptiste filed a Petition for Relief from Judgment Pursuant to Rule 60(b) [DE 51]. The Court denied the motion on December 19, 2011 [DE 52], and denied Mr. Baptiste's request to reconsider the denial

on January 23, 2011 [DE's 53, 55].

Now, Mr. Baptiste has filed a Notice of Appeal of the Court's Order Denying Motion for Relief from a Judgment Pursuant to Rule 60(b) [DE 52] and Order Denying Motion for Reconsideration [DE 55]. Once again, the Clerk of Court has construed the Notice of Appeal as an Application for Certificate of Appealability.

A district court may only issue a certificate of appealability "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The Court finds that Mr. Baptiste has not made such a showing here. Additionally, the Court concludes under Slack v. McDaniel, 529 U.S. 473 (2000), that Mr. Baptiste has not shown that "jurists of reason would find it debatable whether the petition states a valid claim of denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack, 529 U.S. at 484. For this reason, the Court will deny the Application for Certificate of Appealability. The Court notes that pursuant to Rule 22(b)(1) of the Federal Rules of Appellate Procedure, Mr. Baptiste may request issuance of a certificate of appealability from the Eleventh Circuit. Fed. R. App. P. 22(b)(1). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Petitioner Gary Baptiste's Application for Certificate of Appealability [DE 57] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of March, 2012.

JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF
Gary Baptiste, *pro se*

2